UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEANETTE BROWN,

        Plaintiff,

   v.

HTR PROPERTIES LLC,, et al.,

        Defendants.

Case No. 17-cv-00829-WHO

**ORDER TO SHOW CAUSE**

On October 3, 2018, the parties settled the damages claims in this case and agreed to file a stipulation with a proposed briefing schedule to address the remaining issues. Dkt. No. 93.

To date, no such stipulation has been filed.

The parties are ORDERED TO SHOW CAUSE for their failure to file the required stipulation. They may extinguish this Order by filing the required stipulation (proposing a briefing schedule) and an explanation for their delay, on or before December 17, 2018.

The December 10, 2018 Final Pretrial Conference is VACATED. A new Final Pretrial Conference date will be set in conjunction with the briefing schedule approved by the Court.

**IT IS SO ORDERED.**

Dated: November 9, 2018

William H. Orrick
United States District Judge

United States District Court
Northern District of California