# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>HTR PROPERTIES LLC,, et al.,<br><br>    Defendants. | Case No. 17-cv-00829-WHO<br><br>**JUDGMENT** |

Judgment is hereby entered in accordance with the parties' stipulation and Order thereon (Dkt. No. 97) and this Court's Order granting in part plaintiff's motion for attorney fees. Dkt. No. 129. The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated: February 4, 2020

William H. Orrick
United States District Judge